UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CHE'ANTHONY CANNON ) <br> ) | Case No. 1:18-cr-45-CLC-SKL |

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter (Doc. 20). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 20) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **May 22, 2019 at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**